UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                          Case No. 2:16-mj-5
                                            HON. TIMOTHY P. GREELEY

RODNEY VERNON CONN,

        Defendant.
_____/

## ORDER OF DETENTION

      Defendant appeared before the undersigned on July 15, 2016 for an initial appearance on a complaint and warrant.  The government moved for detention (ECF #5) and that motion was supported by pretrial services.  The government requested 3 days to prepare for a detention hearing.  Defendant was advised that he could request a detention hearing after consulting with counsel.

      Defendant shall be detained pending further proceedings.

      IT IS SO ORDERED.

                                                          */s/ Timothy P. Greeley*
                                                          TIMOTHY P. GREELEY
                                                          UNITED STATES MAGISTRATE JUDGE

Dated:  7/18/2016